PATRICK KEANEY                                                                      TELEPHONE
U.S. COURT CLERK                                                                    918-684-7920

United States District Court
Eastern District of Oklahoma
P.O. Box 607
Muskogee, Oklahoma 74402

TO: ALL COUNSEL OF RECORD AND/OR PRO SE PARTIES:

When a civil case is filed in the Eastern District of Oklahoma, it is assigned by random selection to either a United States District Judge or a United States Magistrate Judge. This case has been assigned to a United States Magistrate Judge.

The United States Magistrate Judge to whom this case has been assigned may conduct all proceedings (including trial) and enter final judgment with the consent of all parties. A form for such consent is provided herewith and is available on our public web site at www.oked.uscourts.gov.

Any party wishing to consent to the jurisdiction of the United States Magistrate Judge to whom this case has been assigned must do so by completing the "Consent" section of the attached form. Any party not wishing to consent to such jurisdiction must complete the "Reassignment" section. If any party chooses the District Judge Option and requests a reassignment, the case will be randomly reassigned to a United States District Judge. Pursuant to 28 U.S.C. §636(c)(2), the parties are free to withhold consent without adverse consequences. No Judge will be informed of a party's response unless all parties have consented to the assignment of the matter to a United States Magistrate Judge.

Submit the attached form to the Clerk's office within 21 days of receipt. E-mail this document in pdf format to Consents_OKED@oked.uscourts.gov or, alternatively, mail the document to U.S. District Court, Eastern District of Oklahoma, P.O. Box 607, Muskogee, Oklahoma 74402, Attention: Consent Clerk. **Do not e-file the attached consent document**.

Sincerely,

_Patrick Keaney_
Patrick Keaney
Court Clerk
United States District Court
Eastern District of Oklahoma

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | CASE NO. |
|  | ) | |
| PLAINTIFF, | ) | NOTICE OF ASSIGNMENT TO A |
|  | ) | UNITED STATES MAGISTRATE |
| VS. | ) | JUDGE WITH CONSENT TO PROCEED |
|  | ) | OR DISTRICT JUDGE OPTION |
|  | ) | |
|  | ) | |
| DEFENDANT. | ) | |
|  | ) | |

In accordance with United States District Court for the Eastern District of Oklahoma General Order 03-08 and Fed.R.Civ.P. 73, you are notified that the above entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial, entry of final judgment, and all post-judgment proceedings. Exercise of this jurisdiction by a United States Magistrate Judge is permitted only if all parties file a written consent. Pursuant to 28 U.S.C. §636(c)(2), the parties are free to withhold consent without adverse consequences. **Indicate below if you consent to the assignment or if you wish to exercise the District Judge Option and request the case be reassigned to a District Judge.**

**Consent**         ☐

**Reassignment**    ☐

_____
**Party(s) represented**

_____
**Attorney Signature**              **Date**

**Return this completed form within 21 days of receipt.** Counsel is required to e-mail this document in pdf format to: Consents_OKED@oked.uscourts.gov. Alternatively, the form may be mailed to the following address: U.S. District Court, Eastern District of Oklahoma, P.O. Box 607, Muskogee, Oklahoma 74402, Attention: Consent Clerk. **Do not e-file this document.**

No Judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge.

An appeal from a judgment entered by a United States Magistrate Judge will be made directly to the United States Circuit Court of Appeals for the Tenth Circuit in the same manner as an appeal from any other judgment of this district. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.